# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL ACTION** |
| | : | NO. 16-122-1 |
| **STEVEN KITCHELL** | : | **CIVIL ACTION** |
| | : | 17-986 |

## ORDER

**AND NOW**, this  9th  day of July, 2020, it is hereby **ORDERED** that:

1. The government's motion to dismiss Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence [Doc. 28] is **DENIED**.

2. The Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence [Doc. 21] is **DENIED**.

3. There are no grounds for a certificate of appealability.

                                                    **BY THE COURT:**

                                                    */s/ Jeffrey L. Schmehl*
                                                    **Jeffrey L. Schmehl, J.**